**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-7501**

RONALD PIERCE,

                                    Petitioner - Appellant,

        versus

MICHAEL PETTIFORD, Warden
of FCI Bennettsville,

                                    Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   G. Ross Anderson, Jr., District
Judge.   (3:06-cv-01851-GRA)

Submitted: November 15, 2006        Decided:  November 27, 2006

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald Pierce, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ronald Pierce, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Pierce v. Pettiford, No. 3:06-cv-01851-GRA (D.S.C. July 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED